1    DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
2    E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
3    Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
4    KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
5    E-mail: karen@kgelegal.com
KIM GILBERT EBRON
6    7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
7    Telephone: (702) 485-3300
Facsimile: (702) 485-3301
8    *Attorneys for SFR Investments Pool 1, LLC*

9

## UNITED STATES DISTRICT COURT

10

## DISTRICT OF NEVADA

11 BANK OF AMERICA, N.A., successor   by     Case No. 2:16-cv-02768-MMD-VCF
merger to BAC HOME LOANS SERVICING,
12 LP fka COUNTRYWIDE HOME LOANS
SERVICING, LP and FEDERAL NATIONAL     **STIPULATION AND [PROPOSED]**
13 MORTGAGE ASSOCIATION,     **ORDER TO EXTEND DEADLINE TO**
    **FILE RESPONSE TO BANK OF**
14                 Plaintiffs,     **AMERICA, N.A.'S   AND FEDERAL**
vs.     **NATIONAL MORTGAGE**
15     **ASSOCIATION'S MOTION TO STAY ALL**
SANTA BARBARA HOMEOWNERS     **DISCOVERY PENDING RESOLUTION OF**
16 ASSOCIATION; SFR INVESTMENTS POOL     **PENDING MOTIONS FOR SUMMARY**
1, LLC; ABSOLUTE COLLECTION     **JUDGMENT [ECF NO. 58]**
17 SERVICES, LLC,

18                 Defendants.     **(First Request)**

19 SFR INVESTMENTS POOL 1, LLC, ,

20                 Counter/Cross Claimant,

21 vs.

22 BANK OF AMERICA, N.A BANK OF
AMERICA, N.A., successor   by merger to
23 BAC HOME LOANS SERVICING, LP fka
COUNTRYWIDE HOME LOANS
24 SERVICING, LP; FEDERAL NATIONAL
MORTGAGE ASSOCIATION; KATY L.
25 LEE, an individual; and KATY L. LEE,
TRUSTEE or her successors in trust, under the
26 KLEE LIVING TRUST, dated August 10,
2006.
27                 Counter/Cross Defendants.

28

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs / Counter-Defendants, BANK OF AMERICA, N.A. ("**BANA**") and FEDERAL NATIONAL MORTGAGE ASSOCIATION'S ("**Fannie Mae**"), Defendant / Counterclaimant / Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("**SFR**"), Defendant Absolute Collection Services, LLC ("**Absolute**") and Defendant SANTA BARBARA HOMEOWNERS ASSOCIATION ("**Association**") (collectively, the "**Parties**"), by and through their respective undersigned counsel of record, hereby stipulate and agree to allow defendants an additional week until **October13, 2017** to file any response to Plaintiffs BANA's and Fannie Mae's Motion to Stay All Discovery Pending Resolution of Pending Motions for Summary Judgment [ECF No. 58] ("Motion to Stay"), which is currently due on October 6, 2017.   SFR seeks the instant extension because it needs additional time to review the motion and to develop its response.  In addition, the Parties agree that Plaintiffs BANA and Fannie Mae shall have until **October 27, 2017** to file any reply in support of their Motion to Stay.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

This is the first request for an enlargement of time of the subject deadlines. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

| Dated this 6th day of October, 2017. | Dated this 6th day of October, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Jamie K. Combs<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* |
| Dated this 6th day of October, 2017. | Dated this 6th day of October, 2017. |
| **BOYACK ORME & ANTHONY** | **ABSOLUTE COLLECTION SERVICES, LLC** |
| /s/Colli McKiever<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W Sahara Ave., Ste. 101<br>Las Vegas, NV 89117<br>*Attorney for Defendant Santa Barbara Homeowners Association* | /s/ Shane D. Cox<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W Lake Mead Blvd., Ste 210<br>Las Vegas, NV 89128<br><br>*Attorney for Absolute Collection Services, LLC* |

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

DATED: October 10, 2017