# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BANK OF AMERICA, N.A., et al.,

    Plaintiffs,

v.

SANTA BARBARA HOMEOWNERS ASSOCIATIONS, et al.,

    Defendants.

Case No. 2:16-cv-02768-MMD-CWH

**ORDER**

Presently before the court is plaintiff Federal National Mortgage Association's motion to stay discovery (ECF No. 87) and emergency motion to quash the notice of deposition and/or for a protective order (ECF No. 88), filed on September 7, 2018. Also before the court is plaintiff Bank of America, N.A.'s motion for joinder (ECF No. 89), and emergency motion for a protective order (ECF No. 90), filed on September 7, 2018.

Plaintiffs seek to resolve the pending motions prior to the depositions noticed by defendant SFR Investments Pool 1, LLC. Having reviewed the request, the court declines to resolve the motions on an emergency basis. Responses and replies are due in the ordinary course, pursuant to Local Rule 7-2(b). The notice of deposition is stayed pending the resolution of plaintiffs' motions (ECF Nos. 87, 88, 89, 90).

IT IS SO ORDERED.

DATED: September 10, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE