MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiffs Bank of America, N.A. and
Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br>vs.<br><br>SANTA BARBARA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:16-cv-02768-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR:**<br><br>**(1) PLAINTIFFS TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S COUNTERMOTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR SFR TO REPLY [ECF NO. 86];**<br><br>**(2) SFR TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 84]; AND**<br><br>**(3) PLAINTIFFS TO FILE A REPLY SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 84]** |

Pursuant to 7-1, plaintiffs Bank of America, N.A. (**BANA**) and Federal National Mortgage Association (**Fannie Mae**) and defendants Santa Barbara Homeowners Association (**Santa Barbara**) and SFR Investments Pool I, LLC (**SFR**) agree to coordinate briefing deadlines and extend the deadlines as set forth herein:

1. On August 31, 2018, Fannie Mae and BANA filed their motion for summary judgment. ECF No. 84. SFR's current deadline to respond to the motion for summary judgment on September 21, 2018.

2. On September 4, 2018, SFR filed a countermotion to Fannie Mae and BANA's

1

46420401;1

1  motion for summary judgment. ECF No. 86. Fannie Mae and BANA's current deadline to respond to the countermotion is September 18, 2018.

3. On September 7, 2017, Fannie Mae filed a motion to stay discovery or in the alternative emergency motion to quash the notice of deposition and/or for a protective order to limit SFR's 30(b)(6) deposition topics. ECF No. 87.

4. On September 12, 2018, Santa Barbara filed its opposition to Fannie Mae and BANA's motion for summary judgment. ECF No. 92. Fannie Mae and BANA's current deadline to reply in support of its motion for summary judgment responding to Santa Barbara's opposition is September 26, 2018.

5. Counsel for Fannie Mae, BANA, and SFR need additional time to brief their summary judgment positions. The additional time will allow the parties to properly address the issues raised. The additional time also allows for coordinated briefing after ECF No. 87 is decided.

6. The parties agree Fannie Mae and BANA's deadline to respond to SFR's countermotion to Fannie Mae and BANA's motion for summary judgment shall be extended until October 12, 2018.

7. The parties agree to submit a briefing schedule within 5 days after ECF No. 87 is decided with respect to: (a) SFR's deadline to respond to Fannie Mae and BANA's motion for summary judgment; and (b) Fannie Mae and BANA's deadline to file a reply supporting their motion for summary judgment.

…
…
…
…
…
…
…
…
…

2

46420401;1

8. This stipulation is made in good faith and not for the purpose of delay.

DATED this 18th day of September, 2018.

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s/ Vatana Lay* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> AKERMAN LLP <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 <br> *Attorneys for Plaintiffs Bank of America, N.A. and Federal National Mortgage Association* | /s/ *Colli C. McKiever* <br> EDWARD D. BOYACK, ESQ. <br> Nevada Bar No. 5229 <br> COLLI C. MCKIEVER, ESQ. <br> Nevada Bar No. 13724 <br> 401 N. Buffalo Drive #202 <br> Las Vegas, Nevada 89145 <br> *Attorneys for Defendant Santa Barbara Homeowners Association* |

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant SFR Investments Pool I, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

September 18, 2018
DATED

3

46420401;1