DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br>vs.<br><br>SANTA BARBARA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC, ,<br><br>Counter/Cross Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION; KATY L. LEE, an individual; and KATY L. LEE, TRUSTEE or her successors in trust, under the KLEE LIVING TRUST, dated August 10, 2006.<br>Counter/Cross Defendants. | Case No. 2:16-cv-02768-MMD-VCF<br><br>**MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO STAY DISCOVERY [ECF No. 87] OR IN THE ALTERNATIVE EMERGENCY MOTION TO QUASH THE NOTICE OF DEPOSITION AND/OR FOR A PROTECTIVE ORDER TO LIMIT DEFENDANT'S 30(B)(6) DEPOSITION TOPICS [ECF No. 88], BANK OF AMERICA, N.A.'S JOINDER TO MOTION TO STAY DISCOVERY [ECF No. 89], and BANK OF AMERICA, N.A.'S MOTION FOR PROTECTIVE ORDER [ECF No. 90]**<br><br>**(Second Request)** |

- 1 -

SFR INVESTMENTS POOL 1, LLC ("**SFR**"), by and through their respective undersigned counsel of record, hereby stipulate and agree to allow SFR until **Tuesday, September 25, 2018 at Noon** to file any response to Fannie Mae's motion to stay discovery [ECF No. 87] or in the alternative emergency motion to quash the notice of deposition and/or for a protective order to limit defendant's 30(b)(6) deposition topics [ECF No. 88], BANA's joinder to motion to stay discovery [ECF No. 89] and BANA's motion for protective order [ECF No. 90] which were originally due on September 21, 2018. Plaintiff's previously granted a request for an extension until noon today. SFR's counsel has experience computer issues that require additional time to file the responses and counsel for BANA and Fannie Mae graciously agreed to an additional short extension.

This is the second request for an enlargement of time of the subject deadlines. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

| Dated this 24th day of September, 2018. | Dated this 24th day of September, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| /s/ *Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Darren T. Brenner*<br>DARREN T. BRENNER, ESQ.<br>NEVADA BAR NO. 8386<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Federal National Mortgage Association and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 25, 2018