DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br>vs.<br><br>SANTA BARBARA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:16-cv-02768-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION TO STRIKE UNDISCLOSED WITNESS AND DOCUMENTS [ECF NO. 85] AND FOR FRCP 56(D) RELIEF [ECF NO. 86]**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, ,<br><br>Counter/Cross Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION; KATY L. LEE, an individual; and KATY L. LEE, TRUSTEE or her successors in trust, under the KLEE LIVING TRUST, dated August 10, 2006.<br>Counter/Cross Defendants. | |

Plaintiffs / Counter-Defendants, BANK OF AMERICA, N.A. ("**BANA**") and FEDERAL NATIONAL MORTGAGE ASSOCIATION'S ("**Fannie Mae**"), Defendant / Counterclaimant / Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("**SFR**"), by and through their respective undersigned counsel of record, hereby stipulate and agree to allow SFR until **Friday, October 26, 2018** to file any replies in support of its countermotions to strike undisclosed witness and documents [ECF No. 85] and for FRCP 56(d) relief [ECF No. 86] which are currently due on October 19, 2018. SFR requested the instant extension to allow time to fully address the arguments raised in opposition and BANA and Fannie Mae graciously agreed to the short extension.

This is the first request for an enlargement of time of the subject deadlines. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

| Dated this 19th day of October, 2018. | Dated this 19th day of October, 2018. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| /s/ *Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ *Darren T. Brenner*<br>DARREN T. BRENNER, ESQ.<br>NEVADA BAR NO. 8386<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Federal National Mortgage Association and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 22, 2018