MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiffs Bank of America, N.A.
and Federal National Mortgage Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA BARBARA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02768-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO OPPOSE:**<br><br>**SANTA BARBARA HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 119]**<br><br>**SFR INVESTMENT POOL 1, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 121]**<br><br>**(First Request)** |

Plaintiffs Bank of America, N.A. (**BANA**) and Federal National Mortgage Association (**Fannie Mae**) and defendants Santa Barbara Homeowners Association (**Santa Barbara**), Absolute Collection Services, LLC (**Absolute**) and SFR Investments Pool 1, LLC (**SFR**) hereby agree as follows:

1. On December 18, 2018, Santa Barbara filed its motion for summary judgment. (ECF No. 119.)

2. On December 21, 2018, Absolute joined Santa Barbara's motion for summary judgment (ECF No. 120.)

- 1 -

47410757;1

3. On December 21, 2018, SFR filed its motion for summary judgment (ECF No. 121.)

4. Counsel for BANA and Fannie Mae needs additional time to reply to the argument raised in defendants' motions for summary judgment. The additional time will allow BANA and Fannie Mae to properly address the issues raised.

5. The parties agree BANA and Fannie Mae's deadline to reply to defendants' motions for summary judgment shall be extended to until January 25, 2019.

6. This stipulation is made in good faith and not for the purpose of delay.

DATED January 3, 2019

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Vatana Lay* | /s/ *Diana S. Ebron* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>VATANA LAY, ESQ.<br>Nevada. Bar No. 12993<br>1635 Village Center Cir. Ste. 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiffs Federal National Mortgage Association and Bank of America, N.A.* | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool I, LLC* |
| **BOYACK ORME & ANTHONY** | **ABSOLUTE COLLECTION SERVICES, LLC** |
| /s/ *Colli C. McKiever* | /s/ *Shane D. Cox* |
| EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br>*Attorneys for Santa Barbara Homeowners Association* | SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>Absolute Collection Services, LLC<br>7485 W. Azure Dr., Suite 129<br>Las Vegas, Nevada 89130<br>*Attorney for Absolute Collection Services, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: January 3, 2019

- 2 -

47410757;1