DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA BARBARA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No. 2:16-cv-02768-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR:**<br>**(1) SFR INVESTMENTS POOL 1, LLC TO FILE A REPLY SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 121]; AND**<br>**(2) ABSOLUTE COLLECTION SERVICES, LLC TO FILE A REPLY SUPPORTING ITS JOINDER TO SANTA BARBARA HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 120]**<br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs / Counter-Defendants, BANK OF AMERICA, N.A. ("**BANA**") and FEDERAL NATIONAL MORTGAGE ASSOCIATION'S ("**Fannie Mae**"), Defendant / Counterclaimant / Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("**SFR**"), Defendant Absolute Collection Services, LLC ("**Absolute**") and Defendant SANTA BARBARA HOMEOWNERS ASSOCIATION ("**Association**") (collectively, the "**Parties**"), by and through their respective undersigned counsel of record, hereby stipulate and agree to coordinate briefing deadlines and extend the deadlines as set forth herein:

1. On August 31, 2018, Fannie Mae and BANA filed their motion for summary judgment. ECF No. 84.

2. On September 4, 2018, SFR filed countermotions to strike and for FRCP Rule 56(d) relief in response to Fannie Mae and BANA's motion for summary judgment. ECF Nos. 85, 86.

3. On September 7, 2018, Fannie Mae filed a motion to stay discovery or in the alternative emergency motion to quash the notice of deposition and/or for a protective order to

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

limit SFR's 30(b)(6) deposition topics. ECF No. 87.

4. On September 12, 2018, Santa Barbara filed its opposition to Fannie Mae and BANA's motion for summary judgment. ECF No. 92.

5. On September 18, 2018, the Court entered a Stipulation and Order which extended the deadline for Fannie Mae and BANA to respond to SFR's countermotions to October 12, 2018, and which directed the Parties to submit a briefing schedule within 5 days after ECF No. 87 is decided with respect to: (a) SFR's deadline to respond to Fannie Mae and BANA's motion for summary judgment; and (b) Fannie Mae and BANA's deadline to file a reply supporting their motion for summary judgment. ECF No. 94.

6. On December 18, 2018, Santa Barbara filed its motion for summary judgment. ECF No. 119.

7. On December 21, 2018, Absolute filed its joinder to Santa Barbara's motion for summary judgment. ECF No. 120.

8. On December 21, 2018, SFR filed its motion for summary judgment. ECF No. 121.

9. The deadline for SFR's and Absolute's replies in support of their motions for summary judgment, and the deadline for Absolute's reply in support of its joinder to Absolute's motion for summary judgment, is February 8, 2019.

10. In order to harmonize the remaining summary judgment briefing with the schedule established in the September 18, 2018 Stipulation and Order, the Parties agree that SFR's reply in support of its motion for summary judgment [ECF No. 121], and Absolute's reply in support of its joinder to Santa Barbara's motion for summary judgment [ECF No. 120], will be due the same time as Fannie Mae's and BANA's reply supporting their motion for summary judgment, once that date is established in accordance with the September 18, 2018 Stipulation and Order. These new reply deadlines and will be submitted with and made part of the briefing schedule set to be filed within 5 days after ECF No. 87 is decided.[1]

///

---

[1] Santa Barbara has already filed its reply in support of its motion for summary judgment [ECF No. 127], and has agreed the instant stipulation.

- 2 -

11. The additional time is necessary because the discovery issues pending in ECF No. 87 have not been resolved, and the instant stipulation will harmonize the briefing of all pending summary judgment motions and allow coordinated briefing once ECF No. 87 has been decided.

12. This is the first request for an enlargement of time of the subject deadlines. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

| Dated this 8th day of February, 2019.<br><br>**KIM GILBERT EBRON**<br><br>/s/ *Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | Dated this 8th day of February, 2019.<br><br>**AKERMAN, LLP**<br><br>*/s/ Darren T. Brenner*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff Bank of America, N.A., and Federal National Mortgage Association* |
|---|---|
| Dated this 8th day of February, 2019.<br><br>**BOYACK ORME & ANTHONY**<br><br>/s/Colli McKiever<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W Sahara Ave., Ste. 101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant Santa Barbara Homeowners Association* | Dated this 8th day of February, 2019.<br><br>**ABSOLUTE COLLECTION SERVICES, LLC**<br><br>*/s/ Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W Lake Mead Blvd., Ste 210<br>Las Vegas, NV 89128<br><br>*Attorney for Absolute Collection Services, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 11, 2019