DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA BARBARA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No. 2:16-cv-02768-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR:**<br><br>**(1) SFR INVESTMENTS POOL 1, LLC TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 84]**<br><br>**(2) SFR INVESTMENTS POOL 1, LLC TO FILE A REPLY SUPPORTING ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 121];**<br><br>**(3) PLAINTIFFS TO FILE A REPLY SUPPORTING THEIR MOTION FOR SUMMARY JUDGMENT [ECF NO. 84]; AND**<br><br>**(4) ABSOLUTE COLLECTION SERVICES, LLC TO FILE A REPLY SUPPORTING ITS JOINDER TO SANTA BARBARA HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 120]**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs / Counter-Defendants, BANK OF AMERICA, N.A. ("**BANA**") and FEDERAL NATIONAL MORTGAGE ASSOCIATION'S ("**Fannie Mae**"), Defendant / Counterclaimant / Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("**SFR**"), Defendant Absolute Collection Services, LLC ("**Absolute**") and Defendant SANTA BARBARA HOMEOWNERS ASSOCIATION ("**Association**") (collectively, the "**Parties**"), by and through their respective undersigned counsel of record, hereby stipulate and agree to coordinate briefing deadlines and extend the deadlines as set forth herein:

///

1. On August 31, 2018, Fannie Mae and BANA filed their motion for summary judgment. ECF No. 84.

2. On September 4, 2018, SFR filed countermotions to strike and for FRCP Rule 56(d) relief in response to Fannie Mae and BANA's motion for summary judgment. ECF Nos. 85, 86.

3. On September 7, 2018, Fannie Mae filed a motion to stay discovery or in the alternative emergency motion to quash the notice of deposition and/or for a protective order to limit SFR's 30(b)(6) deposition topics. ECF No. 87.

4. On September 12, 2018, Santa Barbara filed its opposition to Fannie Mae and BANA's motion for summary judgment. ECF No. 92.

5. On September 18, 2018, the Court entered a Stipulation and Order which extended the deadline for Fannie Mae and BANA to respond to SFR's countermotions to October 12, 2018, and **which directed the Parties to submit a briefing schedule within 5 days after ECF No. 87 is decided with respect to: (a) SFR's deadline to respond to Fannie Mae and BANA's motion for summary judgment; and (b) Fannie Mae and BANA's deadline to file a reply supporting their motion for summary judgment**. ECF No. 94.

6. On December 18, 2018, Santa Barbara filed its motion for summary judgment. ECF No. 119.

7. On December 21, 2018, Absolute filed its joinder to Santa Barbara's motion for summary judgment. ECF No. 120.

8. On December 21, 2018, SFR filed its motion for summary judgment. ECF No. 121.

9. On February 8, 2019, the Association filed its reply in support of its motion for summary judgment. ECF No. 127.

10. In order to harmonize the remaining summary judgment briefing with the schedule established in the September 18, 2018 Stipulation and Order, the Court enterer a Stipulation and Order on February 11, 2019, directing that SFR's reply in support of its motion for summary judgment [ECF No. 121], and Absolute's reply in support of its joinder to Santa Barbara's motion for summary judgment [ECF No. 120], will be due the same time as Fannie Mae's and BANA's reply supporting their motion for summary judgment, once that date is established in accordance

- 2 -

with the September 18, 2018 Stipulation and Order. ECF No. 129.

11. On June 4, 2019, the Court entered an Order which: DENIED SFR's motion to strike [ECF No. 85]; DENIED SFR's motion for FRCP 56(d) relief [ECF No. 86]; GRANTED Fannie Mae's and BANA's joinder to stay discovery [ECF Nos. 87, 89]; DENIED Fannie Mae's motion to quash [ECF No. 88]; DENIED BANA's motion for protective order [ECF No. 90]; and DENIED SFR's motion to stay [ECF No. 101]. ECF No. 130.

12. The June 4, 2019 Order also directed that per the February 11, 2019 Stipulation and Order [ECF No. 129], the Parties "must file the replies supporting their respective motions for summary judgment (ECF Nos. 84, 119, 121) within 5 days of when this order is entered." ECF No. 130 at 6:1-3.

13. **The instant stipulation is necessary because of the apparent conflict between the September 18, 2018 Stipulation and Order [ECF No. 94], and the June 4, 2019 Order [ECF No. 130].** The September 18, 2018 Stipulation and Order directed that SFR's deadline to respond to Fannie Mae and BANA's motion for summary judgment, and Fannie Mae and BANA's deadline to file a reply supporting their motion for summary judgment, were to be set via a briefing schedule to be submitted within 5 days after the motion to stay discovery [ECF No. 87] was decided. ECF No. 94, ¶ 7. However, while the June 4, 2019 Order resolves the motion to stay discovery, it does not address the deadline for SFR to file its as-yet-unfiled response to Fannie Mae and BANA's motion for summary judgment, which also means that Fannie Mae and BANA cannot file a reply. This likewise affects the deadline for Absolute to file its reply in support of its joinder to Santa Barbara's motion for summary judgment [ECF No. 120], which the February 11, 2019 Stipulation and Order states is due the same time as Fannie Mae's and BANA's reply supporting their motion for summary judgment. ECF No. 129, ¶ 10.

14. In order to resolve these discrepancies, the Parties agree that: (1) SFR shall file its response to Fannie Mae and BANA's motion for summary judgment [ECF No. 84] by **July 3, 2019**; (2) Fannie Mae, BANA, and SFR shall file their replies supporting their respective motions for summary judgment [ECF Nos. 84, 121] by **July 31, 2019**; and (3) Absolute shall file its reply in support of its joinder to Santa Barbara's motion for summary judgment [ECF No. 120] by **July**

- 3 -

**31, 2019**.

15. This is the second request for an enlargement of time of the subject deadlines. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

| Dated this 10th day of June, 2019. | Dated this 10th day of June, 2019. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| /s/ *Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ *Tenesa S. Powell*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff Bank of America, N.A., and Federal National Mortgage Association* |
| Dated this 10th day of June, 2019. | Dated this 10th day of June, 2019. |
| **BOYACK ORME & ANTHONY** | **ABSOLUTE COLLECTION SERVICES, LLC** |
| /s/ *Colli C. McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W Sahara Ave., Ste. 101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant Santa Barbara Homeowners Association* | /s/ *Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br>*Attorney for Absolute Collection Services, LLC* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: June 10, 2019