1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiffs,<br>vs.<br><br>SANTA BARBARA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>        Defendants.<br> | Case No.: 2:16-cv-02768-MMD-DJA<br><br>**JUDGMENT BY DEFAULT AGAINST KATY L. LEE AND KATY L. LEE, TRUSTEE, OR HER SUCCESSORS IN TRUST, UNDER THE KLEE LIVING TRUST DATED AUGUST 10, 2006** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>        Counter/Cross Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION; KATY L. LEE, an individual; and KATY L. LEE, TRUSTEE or her successors in trust, under the KLEE LIVING TRUST, dated August 10, 2006.<br><br>        Counter/Cross Defendants. | |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Application

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

for Judgment by Default against Katy L. Lee and Katy L. Lee, Trustee, or her Successors in Trust, under the Klee Living Trust dated August 10, 2006 ("Cross-Defendants"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On December 12, 2016, SFR filed a Cross-Complaint [ECF No. 8] for quiet title and injunctive relief against Cross-Defendants, relating to real property located **1124 Milpas Lane, Las Vegas, Nevada 89134; Parcel No. 138-30-614-037** ("the Property").

2. Cross-Defendants failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Cross-Defendants on October 11, 2019.

3. Cross-Defendant Katy L. Lee is not incompetent, an infant, or serving in the United States military.

4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Cross-Defendants.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendants, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

///
///
///
///
///
///
///
///

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

UNITED STATES DISTRICT COURT JUDGE

Dated: November 13, 2019

*Respectfully submitted by:*

**KIM GILBERT EBRON**
/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 21st day of October, 2019.